1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   O'M AND ASSOCIATES, LLC, an                  CASE NO. 10-CV-2130 H (RBB)
     Illinois limited liability company, d/b/a
12   O'Malley and Associates; PRESERVE            **ORDER DENYING**
     CAPITAL, LLC, an Illinois limited            **DEFENDANT MATTHEW**
13   liability company; and MBM                    **STOEN'S MOTION TO**
     SETTLEMENTS, LLC, an Illinois limited         **DISMISS WITHOUT**
14   liability company,                            **PREJUDICE**

15                              Plaintiffs,       [Doc. No. 104]
          vs.
16

17
     BRENDAN K. OZANNE, BRIAN C.
18   DAWSON, AND DAWSON &
     OZANNE, a California general
19   partnership, as escrow agent; MATTHEW
     STOEN, individually and as manager and
20   agent for KODIAK FAMILY, LLC, a
     Nevada limited liability company;
21   KODIAK FAMILY, LLC, individually
     and as agent for XYZ CORPORATION,
22
                              Defendants.
23

24       On January 31, 2011, Defendant Matthew Stoen ("Stoen") filed a motion to dismiss

25   Counts I, III, IV, V, VI, VIII, and IX of Plaintiffs' complaint. (Doc. No. 104.) On February

26   23, 2011, Plaintiffs filed a motion for leave to amend complaint in lieu of response to the

27   motion to dismiss. (Doc. No. 23.) On February 25, 2011, the Court, recognizing that leave

28   to amend is freely granted, issued a tentative order stating it was inclined to grant the motion

1   for leave to amend the complaint, which would render Defendant Stoen's motion to dismiss

2   as moot. (Doc. No. 113.) The Court directed Defendants to file any opposition to the tentative

3   order by March 4, 2011. (Id.) Defendants did not file any opposition.  On March 8, 2011, the

4   Court adopted its tentative order and granted Plaintiff's motion for leave to amend the

5   complaint. (Doc. No. 121.) In light of granting leave to file an amended complaint, the Court

6   DENIES WITHOUT PREJUDICE Defendant Stoen's motion to dismiss the original

7   complaint.

8        **IT IS SO ORDERED**.

9   Dated: March 15, 2011

10

11   MARILYN L. HUFF, District Judge
     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28